IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| ROSALINDA SAPLAN; RECTO SAPLAN; | ) ) ) | CIVIL NO. 11-00011 HG-KSC |
|---|---|---|
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| NATIONAL CITY MORTGAGE; PRIDE PACIFIC MORTGAGE; DOES 1-100, | ) ) ) | |
| Defendants. _____ | ) ) ) | |

**ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION WITHOUT PREJUDICE (DOC. 11)**

Findings and Recommendation having been filed and served on all parties on May 5, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation (Doc. 11) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: June 9, 2011, Honolulu, Hawaii.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge